IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TAMMIE L. LITTLE, | § | |
| ID # 55443-177, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | No. 3:23-CV-1501-M (BT) |
| | § | |
| DALLAS RRM, | § | |
| Respondent. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

By separate judgment, the *Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241*, received on July 6, 2023 (doc. 3), will be **DISMISSED** as moot.

A certificate of appealability (COA) is not required for a petitioner to appeal the denial of relief under 28 U.S.C. § 2241.  *See Padilla v. United States*, 416 F. 424, 425 (5th Cir. 2005).  If the petitioner files a notice of appeal, she must pay the $605.00 appellate filing fee or submit a motion to proceed *in forma pauperis*.

**SIGNED this 1st day of February, 2024.**

BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE